**FILED**

APR 2 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | 1:26 CR 00193 |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, |
| KWASHAUN RAY, | ) | Section 924(c)(1)(A)(ii) and |
| | ) | Section 1951(a) |
| Defendant. | ) | |

**JUDGE NUGENT**

COUNT 1
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury charges:

1.     On or about March 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant KWASHAUN RAY did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that Defendant, KWASHAUN RAY, did unlawfully take and obtain money or property in the custody, possession, and presence of employees of Family Dollar, 3787 Pearl Road, Cleveland, Ohio, against said employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in violation of Title 18, United States Code, Sections 1951(a).

COUNT 2

(Using or Carrying and Brandishing a Firearm During a Crime of Violence, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii))

The Grand Jury further charges:

2.      On or about March 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant, KWASHAUN RAY, did use and carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Interference With Commerce by Robbery, a violation of Title 18, United States Code Section 1951(a), as charged in Count 1 of the indictment, and further did brandish said firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2
